| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| BLAINE PENNISON, | § |
| Petitioner, | § § § |
| versus | §  CIVIL ACTION NO. 1:16-CV-331 |
| DALLAS B. JONES, WARDEN, | § § § |
| Respondent. | § |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Blaine Pennison, an inmate formerly confined at FCI Beaumont Medium, proceeding *pro se* and *in forma pauperis*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this petition for writ of habeas corpus be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Petitioner received a copy of the Report and Recommendation on June 4, 2018 (docket entry no. 15).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 24th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE